IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| NICHOLAS DeFOSSETT, | ) |
| | ) |
|     Plaintiff, | ) |
| | )    CIVIL ACTION |
| vs. | ) |
| | )    FILE No. 5:21-cv-227-OLG |
| VESPERO PLAZA, LP, d/b/a | ) |
| VESPERO SHOPPING CENTER, | ) |
| | ) |
|     Defendants. | ) |

## PLAINTIFF'S NOTICE OF SETTLEMENT

Plaintiff NICHOLAS DeFOSSETT ("Plaintiff") respectfully provides this notice to the Court that the Parties have reached an agreement settling all claims and counterclaims asserted between them in this lawsuit.

The Plaintiff therefore respectfully request that the Court stay this case for fourteen (14) days to allow the Parties sufficient time to finalize the settlement documents and prepare and file dismissal papers with the Court.

    Respectfully submitted,

    **KURZ LAW GROUP, LLC**
    1640 Powers Ferry Road, SE, Suite 17-200
    Marietta, GA 30067
    www.kurzlawgroup.com
    (404) 805-2494 Telephone
    (770) 428-5356 Facsimile

    By:  */s/ Dennis R. Kurz*
            Dennis R. Kurz

        Texas State Bar No. 24068183
        dennis@kurzlawgroup.com
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

     I hereby certify that on the 24th day of May 2021, a true and correct copy of the foregoing document was filed with the Court and served electronically upon those parties registered to receive electronic notice via the Court's CM/ECF system.

Ms. Candace Sullivan
LEGACY PROPERTIES
PO Box 203158
Austin, TX  78720
512.335.7871
512.844.5872 (mobile)
candice@legacyproperties-tx.com
*On behalf of Defendant,*
*Vespero Plaza, LP d/b/a Vespero Shopping Center*

                                 */s/ Dennis R. Kurz*
                                 Dennis R. Kurz