IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| NICHOLAS DeFOSSETT, | § | |
| | § | |
| PLAINTIFF, | § | CIVIL ACTION |
| VS. | § | |
| | § | FILE NO. 5:21-CV-227-OLG |
| VESPERO PLAZA, LP, D/B/A | § | |
| VESPERO SHOPPING CENTER, | § | |
| | § | |
| DEFENDANT. | | |

## **VOLUNTARY DISMISSAL WITH PREJUDICE**

COMES NOW the Plaintiff in the above-captioned case, pursuant to Federal Rule of Civil Procedure No. 41(a), by and through the undersigned lead trial attorney and files this Notice of Voluntary Dismissal with Prejudice as to Defendant VESPERO PLAZA, LP, d/b/a VESPERO SHOPPING CENTER.

Respectfully submitted this 22nd day of June, 2021.

*s/Dennis R. Kurz*
_____
Dennis R. Kurz
TX Bar No. 24068183

4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
(404) 805-2494 Phone
(770) 428-5356 Facsimile
dennis@kurzlawgroup.com

## CERTIFICATE OF SERVICE

This is to certify that I have this day served counsel for the opposing party in the foregoing matter with copies of the following pleadings by First Class US Mail as follows:

Candace Sullivan
LEGACY PROPERTIES
PO Box 203158
Austin, TX  78720
*Defendant*

This 22nd day of June, 2021.

*s/ Dennis R. Kurz*
_____
Dennis R. Kurz
TX Bar No. 24068183

KURZ LAW GROUP, LLC
4355 Cobb Parkway, Suite J-285
Atlanta, GA 30339
(404) 805-2494 Phone
(770) 428-5356 Facsimile
dennis@kurzlawgroup.com